UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. 1:02-CR-14 |
| v. ) | |
| ) | Chief Judge Curtis L. Collier |
| LARRY SWAFFORD ) | |
| ) | |

### O R D E R

On March 22, 2006, Defendant Larry Swafford ("Defendant") filed a motion for an evidentiary hearing (Court File No. 61). In that motion, Defendant refers to other motions and requests he filed subsequent to the United States Supreme Court's denial of his petition for a writ of certiorari. The Court notes this criminal case is closed and there is no open case before the Court to which these motions can attach. Therefore, the Court hereby **DENIES** Defendant's motion for an evidentiary hearing (Court File No. 61), Defendant's motion to obtain copies of audio tapes of trial (Court File No. 57), and Defendant's motion for an order correcting verbatim trial transcript (Court File Nos. 54, 55).

    **SO ORDERED.**

    **ENTER:**

                                    **/s/**
                                    **CURTIS L. COLLIER**
                                    **CHIEF UNITED STATES DISTRICT JUDGE**